No. 323, Misc. GEACH *v.* CRIMINAL COURT OF COOK COUNTY, ILLINOIS. Motion for leave to file petition for writ of mandamus denied.

No. 508. UNITED STATES *v.* INTERNATIONAL BUILDING Co. C. A. 8th Cir. Certiorari granted. *Solicitor General Cummings* for the United States. *Irl B. Rosenblum* for respondent.

No. 466. MALONE ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied. *Leo R. Friedman* for petitioners. *Solicitor General Cummings, Assistant Attorney General Murray, Beatrice Rosenberg* and *Kenneth C. Shelver* for the United States in opposition.

No. 473. UNITED STATES *v.* TOWN OF CLARKSVILLE, VIRGINIA. C. A. 4th Cir. Certiorari denied. *Acting Solicitor General Stern* for the United States.

No. 485. PENN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *Chas. Claflin Allen* for petitioner. *Solicitor General Cummings, Assistant Attorney General Lyon, Ellis N. Slack* and *Louise Foster* for respondent.

No. 489. PLACE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Robert M. Drysdale* for petitioner. *Solicitor General Cummings, Assistant Attorney General Lyon, Ellis N. Slack* and *Melva M. Graney* for respondent.